UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FUSION PM HOLDINGS, INC.,[1] | : | Case No. 19-11816 (DSJ) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |

# ORDER GRANTING FOURTH JOINT MOTION OF REORGANIZED DEBTORS AND LITIGATION TRUSTEE FOR EXTENSION OF DEADLINE UNDER PLAN OF REORGANIZATION TO OBJECT TO CLAIMS

Upon the joint motion dated December 8, 2021 (the "**Motion**")[2] of Fusion Connect, Inc. and its reorganized debtor subsidiaries (collectively, the "**Reorganized Debtors**") and the litigation trustee appointed pursuant to the Plan (the "**Litigation Trustee**"), pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for an order extending the Claim Objection Deadline by one-hundred eighty (180) days, through and including July 9, 2022, without prejudice to the ability of the Reorganized Debtors or Litigation Trustee to request further extensions, all as more fully set forth in the Motion; and the Court having jurisdiction to consider

---

[1] On December 17, 2019, the Court entered the *Order (I) Confirming Third Amended Joint Chapter 11 Plan of Fusion Connect, Inc. and Its Subsidiary Debtors and (II) Granting Related Relief* (Case No. 19-11811, ECF No. 680) (the "**Confirmation Order**"). On June 25, 2021, the Court entered the *Order (I) Entering Final Decree Closing the Fully Administered Cases; and (II) Granting Related Relief* (Case No. 19-11811 (DSJ), ECF No. 1010), pursuant to which the chapter 11 cases of the following Reorganized Debtors were closed effective as of June 25, 2021: Fusion Connect, Inc. (2021); Fusion BCHI Acquisition LLC (7402); Fusion NBS Acquisition Corp. (4332); Fusion LLC (0994); Fusion MPHC Holding Corporation (3066); Fusion MPHC Group, Inc. (1529); Fusion Cloud Company LLC (5568); Fusion Cloud Services, LLC (3012); Fusion CB Holdings, Inc. (6526); Fusion Communications, LLC (8337); Fusion Telecom, LLC (0894); Fusion Texas Holdings, Inc. (2636); Fusion Telecom of Kansas, LLC (0075); Fusion Telecom of Oklahoma, LLC (3260); Fusion Telecom of Missouri, LLC (5329); Fusion Telecom of Texas Ltd., L.L.P. (8531); Bircan Holdings, LLC (2819); and Fusion Management Services LLC (5597). Commencing on June 25, 2021, all motions, notices and other pleadings relating to any of the Reorganized Debtors shall be filed in the chapter 11 case of Fusion PM Holdings, Inc. (the "**Remaining Reorganized Debtor**") (Case No. 19-11816). The last four digits of the Remaining Reorganized Debtor's federal tax identification number is (2478). The Reorganized Debtor's corporate headquarters and service address is 210 Interstate North Parkway, Suite 200, Atlanta, Georgia 30339.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion, the Confirmation Order, or the *Third Amended Joint Chapter 11 Plan of Fusion Connect, Inc. and Its Subsidiary Debtors* (the "**Plan**") (ECF No. 648), as applicable.

the motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the notice parties in accordance with the Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and counsel for Reorganized Debtors and the Litigation Trustee having filed a certificate of no objection; and no hearing being necessary under the Case Management Order; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the motion is in the best interests of the Reorganized Debtors, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted to the extent set forth herein.

2. The Claim Objection Deadline is hereby extended for a period of one-hundred eighty (180) days, through and including July 9, 2022.

3. This Order is without prejudice to the rights of the Reorganized Debtors and Litigation Trustee to request further extensions of the Claim Objection Deadline.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
       January 10, 2022

                                             *s/ David S. Jones*
                                          HONORABLE DAVID S. JONES
                                          UNITED STATES BANKRUPTCY JUDGE